| | |
|---|---|
| 1 | KATHLEEN E. FINNERTY, ESQ., SBN 157638 |
|   | MARC B. KOENIGSBERG, ESQ., SBN 204265 |
| 2 | GREENBERG TRAURIG, LLP |
|   | 1201 K Street, Suite 1100 |
| 3 | Sacramento, CA 95814-3938 |
|   | Telephone: (916) 442-1111 |
| 4 | Facsimile: (916) 448-1709 |
|   | Finnertyk@gtlaw.com |
| 5 | Koenigsbergm@gtlaw.com |
| 6 | Attorneys for Defendants |
|   | JOHN AND SUZANNE CAMARENA, |
| 7 | individually and as Trustees |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK FUTIA, | CASE NO. C07 2817 (PVT) |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| JOHN and SUZANNE CAMARENA, individually and as Trustees, | |
| Defendants. | |

WHEREAS, plaintiff RICK FUTIA served defendants JOHN and SUZANNE CAMARENA with a waiver of service of summons;

WHEREAS, counsel for defendants executed said waiver of service of summons and returned it to counsel for plaintiff;

WHEREAS, a responsive pleading by defendants must be filed on or before July 31, 2007; and

WHEREAS, the parties are currently engaging in settlement discussions which the parties believe will result in an imminent resolution of this matter;

THEREFORE, the parties, by and between their respective counsels of record, hereby stipulate, pursuant to Local Rule 6-1(a), that defendants shall have up to and until August 31,

| | |
|---|---|
| 1  2007, within which to file a responisve pleading. This change will not alter the date of any | |
| 2  event or any deadline fixed by Court order. | |
| 3  DATED: July 23, 2007 | GREENBERG TAURIG, LLP |
| 4 | |
| 5 | |
| 6 | By: /s/ Marc B. Koenigsberg |
| 7 | KATHLEEN E. FINNERTY |
|   | MARC B. KOENIGSBERG |
|   | Attorneys for Defendant |
| 8 | JOHN and SUZANNE CAMARENA |
| 9  DATED: July 23, 2007 | THOMAS N. STEWART, III |
| 10 | ATTORNEY AT LAW |

By: /s/ Thomas N. Stewart
THOMAS N. STEWART, III
Attorneys for Plaintiff
RICK FUTIA