THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No. C 07-2817 PVT |
| Plaintiff, | PLAINTIFF'S NOTICE OF NEED FOR MEDIATION |
| v. | |
| JOHN and SUZANNE CAMARENA. Individually, and as Trustees, | |
| Defendants. | |

PLAINTIFF HEREBY GIVES NOTICE that Mediation is needed in order to resolve this Action.

October 10, 2007

                                                   S/Thomas N. Stewart, III
                                                      Attorney for Plaintiff