KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Finnertyk@gtlaw.com
Koenigsbergm@gtlaw.com

Attorneys for Defendants
John and Suzanne Camarena, individually and as Trustees

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | CASE NO.: C07-2817 PVT |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS; ORDER |
| v. | |
| JOHN and SUZANNE CAMARENA, individually and as Trustees, | |
| Defendants. | |

Defendants, JOHN and SUZANNE CAMARENA, individually and as trustees, hereby substitute John A. McKinsey, Stoel Rives, LLP, 770 L Street, Suite 800, Sacramento, California 95814; (916) 447-4746 (phone), (916) 447-4781 (fax) in place and instead of Kathleen E. Finnerty of Greenberg Traurig, LLP.

DATED: September 27, 2007    By: _____
                                JOHN CAMARENA, individually
                                and as trustee


                             By: _____
                                SUZANNE CAMARENA,
                                individually and as trustee

---

SUBSTITUTION OF ATTORNEYS                                    Case No. C07-2817 PVT

I consent to the above substitution.

DATED: September 27, 2007        GREENBERG TRAURIG, LLP

By: _____
KATHLEEN E. FINNERTY

I accept the above substitution.

DATED: September ___, 2007       STOEL RIVES, LLP

By: _____
JOHN A. MCKINSEY

## ORDER

The request of Defendants, JOHN and SUZANNE CAMARENA, individually and as trustees, to substitute John A. McKinsey of Stoel Rives, LLP, 770 L Street, Suite 800, Sacramento, California 95814; (916) 447-4746 (phone); (916) 447-4781 (fax) as attorney of record in place and instead of Kathleen E. Finnerty is **GRANTED**.

October 15,
DATED: ~~September~~ ___, 2007    _Patricia V. Trumbull_
                                  U.S. Magistrate JUDGE OF THE DISTRICT COURT

## PROOF OF SERVICE

I, the undersigned, declare that:

I am a citizen of the United States, over the age of eighteen years and not a party to this action. I am employed in the County of Sacramento and my business address is 770 L Street, Suite 800, Sacramento, California 95814.

On October 10, 2007, at Sacramento, California, I served the attached **SUBSTITUTION OF ATTORNEYS; ORDER** on the following individuals by placing a true copy thereof in separate, sealed envelopes addressed as follows:

Kathleen E. Finnerty                    Former attorneys for Defendants
Marc B. Koenigsberg
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938

| | |
|---|---|
| X | **BY MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and mailing at the offices of Stoel Rives LLP, 770 L Street, Suite 800, Sacramento, California 95814, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration. |
| | **BY FACSIMILE:** On the date written above, I caused a copy of the attached document to be transmitted to a fax machine maintained by the person on whom it is served at the fax number shown on the service list. That transmission was reported as complete and without error and a transmission report was properly issued by the transmitting fax machine. |
| | **BY HAND DELIVERY:** On the date written above, I placed a copy of the attached document in a sealed envelope, with delivery fees paid or provided for, and arranged for it to be delivered by messenger that same day to the office of the addressee, as shown on the service list. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 10, 2007, at Sacramento, California.

*Elizabeth York Hecox*
ELIZABETH YORK HECOX

PROOF OF SERVICE OF SUBSTITUTION OF ATTORNEYS; ORDER

PortInd3-1602137.1 0038447-00001