# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Futia,<br><br>              Plaintiff(s),<br><br>    v.<br><br>Camerena,<br><br>              Defendant(s). | 07-02817 PVT MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Robin W. Siefkin**
US District Court - ADR Unit
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102
415-522-4636
Robin_Siefkin@cand.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02817 PVT MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.
3
4  Dated: October 19, 2007

 RICHARD W. WIEKING
 Clerk
 by:    Alice M. Fiel

 _____
 ADR Case Administrator
 415-522-3148
 Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02817 PVT MED                - 2 -