THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No.  C 07-2817 PVT |
| Plaintiff, | JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JOHN and SUZANNE CAMARENA. Individually, and as Trustees, | |
| Defendants. | |
| _____/ | |

JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgement shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

C 07-2817 PVT                                           1

| | |
|---|---|
| Date:  November 20, 2007 | Date:  November 20, 2007 |
| <u>S/John A. McKinsey,</u><br>Attorney for Defendants | <u>S/Thomas N. Stewart, III,</u><br>Attorney for Plaintiff |